Michael S. Adler, SBN 190119
 Email:   madler@ta-llp.com
Joel M. Tantalo, SBN 206096
 Email:   jtantalo@ta-llp.com
**TANTALO & ADLER LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
Phone: (310) 734-8695
Fax:   (310) 734-8696

Attorneys for Plaintiff
*Carbon Chemistry Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARBON CHEMISTRY LTD.**, a Colorado Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>**ALBERT TRISTAN BANOUN**, d/b/a Iris Lab Solutions, and DOES 1-10,<br><br>              Defendants. | CASE NO. 2:20-cv-11031-DOC<br><br>**JUDGMENT** |

The Court having granted the Application of Plaintiff Carbon Chemistry Ltd. for a default judgment on September 8, 2021, and the evidence presented having been fully considered, and a decision having been duly rendered,

JUDGMENT

IT IS ORDERED AND AJUDGED that Plaintiff Carbon Chemistry Ltd. is entitled to a permanent injunction against Defendant Albert Tristan Banoun d/b/a Iris Lab Solutions and his agents, employees, successors, and assigns, and anyone acting in concert with any of the same (the "Enjoined Parties") as follows:

    a. The Enjoined Parties are permanently prohibited from directly or indirectly infringing, contributing to the infringement, or inducing the infringement of the MAGSIL-PR®, T-5®, and/or T-41® trademarks owned by Carbon Chemistry Ltd. (the "CC Marks"), including using the CC Marks or any other confusingly similar designation likely to cause confusion as to the source, origin, sponsorship, or affiliation of the Enjoined Parties or the products of the Enjoined Parties with those of Plaintiff.

    b. The Enjoined Parties are permanently enjoined from using the CC Marks in connection with any business of the Enjoined Parties relating to the manufacture, sale, or distribution of chemicals and chemical solvents.

    c. The Enjoined Parties are ordered to remove and deliver to Plaintiff for destruction all advertising and other materials incorporating the CC Marks or any other confusingly similar designation.

    d. The Enjoined Parties are ordered to remove any advertising of any product using the CC Marks or any other confusingly similar marks

from Facebook, Instagram, or any other website or social media platform or otherwise remove it from public accessibility and visibility, and are permanently enjoined from re-activating or otherwise utilizing the CC Marks or other confusingly similar marks from Facebook, Instagram, or any other website or social media platform.

2. Plaintiff Carbon Chemistry Ltd. is further entitled to statutory damages against Defendant Albert Tristan Banoun pursuant to 15 U.S.C. § 1117(c)(1)-(2) $35,000 for *each* counterfeit mark for the use of the marks T-41® and T-5® owned by Carbon Chemistry Ltd. which are registered on the principal register of the United States Patent and Trademark Office, for a total amount of $ 75,000 due from Defendant Banoun to Plaintiff Carbon Chemistry Ltd.

3. Plaintiff Carbon Chemistry is further entitled to attorneys' fees pursuant to 15 U.S.C. § 1117(a) in the amount of $ 13,982 due from Defendant Banoun to Plaintiff Carbon Chemistry Ltd.

DATED: September 10, 2021

By: *David O. Carter*
David O. Carter
United States District Judge